AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
INFORMATION ASSOCIATED WITH THE GOOGLE EMAIL ADDRESS 'edancer223@gmail.com' THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC )

Case No. 5:22-mj-00106

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A (incorporated herein by reference)

located in the _____Northern_____ District of _____California_____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B (incorporated herein by reference)

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C §§ 1343 | Wire fraud |
| 18 U.S.C §§ 1344 | Bank fraud |
| 18 U.S.C §§ 924 | Defrauding Government of money/property |
| 18 U.S.C §§ 1028 | Identify Theft |
| 18 U.S.C §§ 1028A | Aggravated Identity Theft |
| 18 U.S.C §§ 641 | Embezzlement/Stealing of United States Property |
| 18 U.S.C §§ 371 | Conspiracy to Defraud the United States |

The application is based on these facts:

See Attached Affidavit (incorporated herein by reference)

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

s/Antonio Davis, USSS
*Applicant's signature*

Antonio Davis, Special Agent - USSS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____Telephone_____ *(specify reliable electronic means)*.

Date: 11/22/22

*Judge's signature*

City and state: Harrisonburg, Virginia

Joel C. Hoppe, United States Magistrate Judge
*Printed name and title*